IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Christopher Perry #250269 )
Full name and prison number )
of plaintiff(s) )
 )
v. ) CIVIL ACTION NO. 2:07-CV-1013-MHT
 ) (To be supplied by Clerk of
COII Sgt. Cargle ) U.S. District Court)
 )
COI Terry )
 )
_____ )
 )
_____ )
 )
_____ )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (X)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO (X)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) Christopher Perry #250269

            Defendant(s) COII Sgt Cargle
                         CCI Terry

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _Nov 12, 07_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Was inside dorm F-1 63B At Ventress Correctional Facility_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _Ventress Correctional Facility P.O. Box 767 Clayton AL 36016_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | COII Sgt Cargle | Ventress Correctional Facility P.O. Box 767 Clayton, AL 36016 |
| 2. | COI Terry | Ventress Correctional Facility P.O. Box 767 Clayton AL 36016 |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Nov 12, 07_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Uses of Excessive force, Cruel And Unusual Punishment 8th Amendment 11th Amendment_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

WITNESS Harlan G Bradley #244797
Antonio G Dees #230484
COI Hill    COI Malin
COI Barron
COI Cost

GROUND TWO: Did not take me to HCU for Body chart

SUPPORTING FACTS: I was Hit very Hard by Sgt Cargle while COI Terry was looking. Latter on they try to cover it up by not given me no Body chart. My Head ringing and ears lip buster.

GROUND THREE: Violation of my Civil Right Due to The Case no # Civil Act no. 2:05-CV-552F I found in file

SUPPORTING FACTS: COI Terry Seen it When It Happen.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_I want to sue the Defendant_

_Christopher Perry #200033_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __11/14/07__.
(Date)

_Christopher Perry #200033_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                (date)

_____
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____ on the 1st day of _____
2. $_____ on the 1st day of _____
3. $_____ on the 1st day of _____
4. $_____ on the 1st day of _____
5. $_____ on the 1st day of _____
6. $_____ on the 1st day of _____

_____
_____
_____
_____

_____
Authorized Officer of Institution

DATE_____

**STATE OF ALABAMA**
Department of Corrections
Inmate Stationery

1) Institution: Ventress Corr Facility
Location Where Incident Occurred: Shift Commander's Office

Type of Incident: Use of force

## STATMENT OF THE FACTS

On this date Nov 12, 07 at approximately 8:40 PM I was standing inside F-1 dorm by my bed 63B when CoI Terry came and got me out of F-1 side and then we went to the shift office inside of F-Dorm, inside the Shift Commander office was CoI Terry, CoII Sgt. Cargle and me Christopher Perry AIS# 250269, Sgt Cargle beginn to ask me questions about the incident went on in the dorm were some inmate got to fighting in F-1 side. She CoII Cargle ask another questions, I didn't know about nothing went on. CoII Sgt Cargle then use Physical contact to my face with her right hand very hard useing force on the left side of my face my ears started ringing my head spinning and other CoI officers started to surround me. Sgt. Cargle then got the other inmate who was fighting in the office starting asking more questions. About how the fight started in F-1 side of the dorm. I inmate Perry #250269 stay on the hallway of shift office ear ringing, head spinning, with no body chart. When the other inmates left the Sgt. CoII Cargle said ain't nothing happen in here (did it) CoII Sgt Cargle said I better not hear about this incident occurred no more she then let me go back out in the dorm F-1 3rd shift I reported it to HCU for body chart. My civil rights was violated. If it was me the other way around I will be in the County Jail with charges. This is my statement.

Witness # AIS
Harlan & Bradley 244797
Antonio G. Dees 230484

NAME Chris Perry       AIS # 250269  DORM # F-1/63B
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Chief United States Magistrate Judge
Charles S. Coody
The District Court of the United States
For the Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, AL 36101