Case Number _____

ID ____ YR ____ NUMBER ____
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

_____ [Insert appropriate court]

Christopher Perry #256269
(Petitioner)

Case No. 2:07-CV-1013-MHT

vs.

CO II Sgt Cargyle & CO I Perry
(Respondent(s))

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Christopher Perry #256269, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ____    No _X_

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   _____

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

   _____

   _____

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ____    No _X_

   b. Rent payments, interest, or dividends?
      Yes ____    No _X_

   c. Pensions, annuities, or life insurance payments?
      Yes ____    No _X_

   d. Gifts or inheritances?
      Yes ____    No _X_

   e. Any other sources?
      Yes ____    No _X_

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

_____
_____
_____
_____

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No __X__

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   _____
   _____
   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No __X__

   If the answer is "yes", describe the property and state its approximate value.

   _____
   _____
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _____
   _____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___Nov 12, 07___
              (Date)

_Christopher Perry #200033_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0000__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said __Ventress Corr/Facility__ institution:

_____

VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
DATE    CLAYTON, AL 36016

AUTHORIZED OFFICER OF INSTITUTION

Rule 32

NAME Chris Perry   AIS # 250269   DORM # F-1/63B
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Chief United States Magistrate Judge
Charles S. Coody
The District Court of the United States
For the Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, AL 36101