# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07cv1013-T

I, __Christopher Kerry #250269__, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Ventress Correctional Facility__

    Are you employed at the institution? _____ Do you receive any payment from the institution? __No__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends    ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments    ☐ Yes    ☒ No
    e. Gifts or inheritances    ☒ Yes    ☐ No
    f. Any other sources    ☒ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   (Mother) Sandra Mayhane $366.00
   (Grandmother) Dorthy Mayhane $65.00

I declare under penalty of perjury that the above information is true and correct.

Nov 12, 07
Date

Christopher Perry
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

11/15/2007

```
                        STATE OF ALABAMA
                     DEPARTMENT OF CORRECTIONS
                        VENTRESS CORR FAC

 AIS #: 250269      NAME: PERRY, CHRISTOPHER LEE           AS OF: 11/15/2007
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 15 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $2.03 | $20.13 |
| APR | 30 | $1.52 | $40.00 |
| MAY | 31 | $1.04 | $25.00 |
| JUN | 30 | $4.15 | $60.00 |
| JUL | 31 | $0.03 | $25.00 |
| AUG | 31 | $3.45 | $65.00 |
| SEP | 30 | $11.94 | $106.69 |
| OCT | 31 | $6.83 | $25.00 |
| NOV | 15 | $3.34 | $65.00 |

NAME: Chris Perry   AIS # 250969   DORM # E-1/2
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

MONTGOMERY AL 361
19 NOV 2007 PM 4 T



"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

The District Court of the United States
Middle District of Alabama
Northern Division
P.O. Box 711
Montgomery, AL 36101

36101+0711 2007