Dear Honornable Magistrate Judge Walker,

I Christopher Perry #250269 plaintiff in case 2:07-CV-1013-MHT is asking for an extension in sending the initial partial filing fee which is $10.20 that is due December 10th 2007. The reason I'm asking for this extension due to the fact that my family is out of town due to our family reuion, and their due back in town on the 21st of December, which is eleven days after the dead line which my partial fee should be in. I'm going through the neccassary requirements, so that my case will not be dismissed.

Done, this 26th day of November 2007

Thank you very much

Christopher Perry #250269

NAME Chris Perry   AIS # 250269 DORM # F-1/63B
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

36101+0711-11 B007

Office of the clerk for:
United states Magistrate Judge
Susan Russ walker
P.O. Box 711
Montgomery, Al 36101-0711