IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHRISTOPHER PERRY, #250 269    *

    Plaintiff,    *

    v.    *    2:07-CV-1013-MHT

COII SGT. CARGLE, *et al.*,    *

    Defendants.    *

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed November 20, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 5*), is GRANTED;

2. Plaintiff is GRANTED an extension from December 10, 2007 to December 26, 2007 to comply with the court's November 20, 2007 order that he submit an initial partial filing fee to the court in the amount of $10.20; and

3. The Clerk furnish a copy of this order to the account clerk at the Ventress Correctional Facility.

DONE, this 28th day of November 2007.

                                    /s/ Susan Russ Walker  
                                  SUSAN RUSS WALKER  
                                  UNITED STATES MAGISTRATE JUDGE