```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001628
Cashier ID: brobinso
Transaction Date: 12/17/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
-----------------------------------------
PLRA CIVIL FILING FEE
 For: CHRISTOPHER PERRY
 Case/Party: D-ALM-2-07-CV-001013-001
 Amount:         $10.20
-----------------------------------------
CHECK
 Check/Money Order Num: 19783
 Amt Tendered:  $10.20
-----------------------------------------
Total Due:       $10.20
Total Tendered:  $10.20
Change Amt:      $0.00

PER ORDER DIRECTING INITIAL PARTIAL
PAYMENT BY 12/26/07
```