IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER PERRY (250269),** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.:** |
| ) | **2:07-cv-1013-MHT** |
| ) | |
| **CAMELIA CARGLE and** ) | |
| **STEVE TERRY,** ) | |
| ) | |
| **Defendants.** ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW, *Camelia Cargle and Steve Terry*, Defendants in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

XX      This party is an individual, or

☐      This party is a governmental entity, or

☐      There are no entities to be reported, or

☐      The following entities and their relationship to the party are hereby reported:

Reportable Entity                                                      Relationship to Party

_____        _____

_____        _____

_____        _____

_____        _____

Respectfully submitted,

TROY KING
ATTORNEY GENERAL

/s/ *Bettie J. Carmack*
Bettie J. Carmack
Assistant Attorney General
Civil Litigation Division
11 South Union Street
Montgomery, AL 36130
(334) 353-5305
Fax: (334) 242-2433

**CERTIFICATE OF SERVICE**

This is to certify that I have on this **25th** day of **January**, **2008**, served copies of the foregoing pleading upon the plaintiff by depositing same in the United States Mail, addressed as follows:

**Inmate Christopher Perry
AIS #200033
Ventress Correctional Facility
P. O. Box 767
Clayton, AL 36016-0767**

/s/ *Bettie J. Carmack*
Bettie J. Carmack