IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CHRISTOPHER PERRY,#250269

    PLAINTIFF,

V.

COII SGT.CARGLE,et al.,

    DEFENDANTS.

RECEIVED
2008 FEB 14  A 9:46
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:07-CV-1013-MNT

## MOTION FOR EXTENSION TO FILE RESPONSE TO DEFENDANTS WRITTEN REPORT OR SPECIAL REPORT

**COME NOW,** the petitioner, Christopher Perry, pro se in the above styled cause and respectfully moves this Honorable Court for an extension from February 14,2008, through March 14,2008 to file response to "Special Report" and/or "Motion for Additional Discovery" for the following reasons:

1. The Plaintiff time in the institution's law library has been shorten due to Department of Correction law clerk here at Ventress Facility week vacation.

2. The Defendants Discovery and response to plaintiff requires him to utilize the law library to review the cases cited and look over the Discovery with his inmate advocate to fully understand Defendants;s defense response.

3. That Plaintiff's advocate could not utilize the typewriter due to in-operability of one of them,there are only two typewriters for (1500) inmates to use and each is only allowed one hour on them per-day.

The Plaintiff and advocate has been separated on account of institution's lock-down procedure which they are in separate dorms;also law library hours are limited do to overcrowding.

4.The Plaintiff is pro se and lack the skills of a competent lawyer.

5. The Plaintiff has a Department of Correction job that limits his time in the law library.

## CERTIFICATION OF SERVICE

This is to certify that I,Christopher Perry,have on this 12 day of February,2008,have served a true and correct copy of the same foregoing upon,Troy King Attorney General,Assistant Attorney Bettie J.Carmack, Civil Litigation Division, 11 South Union Street,Montgomery,Al 36130, by placing the same with the Office of The Clerk,United State District Court, P.O.Box 711,Montgomery,Al 36101-0711,by depositing the same in the United State Mail, address as set forth below.

*Christopher Perry* #250269
P.O.Box 767
Clayton,Al 36016-767

To:Office Of The Clerk
United States District Court
P.O.Box 711
Montgomery,Al 36101-0711
198

NAME <u>　CHRISTOPHER PERRY　　250269　　　　A　</u>
　　　　　　　　　　　　AIS #　　　　DORM #
　　　　VENTRESS CORRECTIONAL FACILITY
　　　　　　　　P. O. BOX 767
　　　　　　　　Clayton, AL 36016



$00.58⁰
0002403830  FEB 13 2008
MAILED FROM ZIP CODE 36016

TO: OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

VENTRESS  36101+0711-11 8007
LAW LIBRARY