IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 FEB 14 A 9: 46
DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CHRISTOPHER PERRY, #250269

    PLAINTIFF,

V.

COII SGT. CARGLE, et al.,

    DEFENDANTS.

2:07-CV-1013-MHT

## MOTION FOR APPOINTMENT OF COUNSEL

COME NOW, Christopher Perry, pro se, in the above styled cause and Petitions this Honorable Court to appoint counsel and show the following in support:

1. Plaintiff is unable to afford counsel.

2. Plaintiff's imprisonment will greatly limit his ability to litigate.

3. The issues involved in this complaint and/or case are complex, and will require significant research and investigation.

4. The Plaintiff is at an institution that has an inadequate Law Library, having only two computers which last update was in 2006. Having ony one two typewriters for (1500) inmates. Plaintiff is allowed (21) hours a week to research and tpye his brief, the plaintiff is only allowed two free legal mail for indigent in Alabama prisons.

5. There is no way the plaintiff can get a reply brief done in time with only (4) hours a day allow in the law library.

Wherefore, Plaintiff prays this Court wii appoint counsel because petition is not in an institution with adequated access to Alabama Law and willnot be allowed enough time to file his reply brief under the time this Court has prescribe.

CERTIFICATION OF SERVICE

This is to certify that I, Christopher Perry, have on this 12 day of February, 2008, have served a true and correct copy of the same foregoing upon, Troy King Attorney General, Assistant Attorney Bettie J. Carmack, Civil Litigation Division, 11 South Union Street, Montgomery, Al 36130, by placing the same with the Office of The Clerk, United State District Court, P.O. Box 711, Montgomery, Al 36101-0711, by depositing the same in the United State Mail, address as set forth below.

*Christopher Perry*
Christopher Perry #250269
P.O. Box 767
Clayton, Al 36016-767

To: Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Al 36101-0711