IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CHRISTOPHER PERRY, #250 269      *

    Plaintiff,                                    *

    v.                                                  *         2:07-CV-1013-MHT

COII SGT. CARGLE, *et al.*,              *

    Defendants.                              *

_____

## ORDER ON MOTION

On February 14, 2008 Plaintiff filed a Motion for Extension of Time to respond to Defendants' answer and written report. Upon consideration of the motion and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (*Doc. No. 13*), is GRANTED;

2. Plaintiff is GRANTED an extension from February 14, 2008 to and including March 14, 2008 to file a response to Defendants' answer and written report.

DONE, this 15th day of February 2008.


       /s/ Susan Russ Walker
       SUSAN RUSS WALKER
       UNITED STATES MAGISTRATE JUDGE