## IN THE UNITED STATES DISTRICT COURT, ALABAMA

CHRISTOPHER PERRY# )
PLAINTIFF, PRO-SE )
 )
VS. ) CASE NO : 2-07-CV-001013-001
 )
C.O. II Sgt. Cargle )
RESPONDANT(s) )

### NOTICE OF CHANGE ADDRESS

**Come now,** Christopher Perry, (pro-se) and do hereby give unto this U.S. District Court for Alabama this notice of address change as of the 11th day of February 2008.
Christopher Perry was transferred to Staton Corr. Correction Facility located in Elmore County, Alabama at P.O.Box # 56, Elmore, Al. 36025-0056 and respectfully request that this Honorable Court Please foward any and all correspondences to the same as appears below.

**Submitted this the** 19th day of February, 2008.

Submitted by.

Christopher Perry (pro-se)
A.I.S.# 250269 D-2 19B
Staton Corr. Fac.
P.O.Box #56
Elmore, Alabama. 36025-0056

Received 2008 FEB 22 A 11:51
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage and properly addressed envelope and depositing the same in the U.S.Mail on this the 20th day of February.

SERVICE TO;

Debra P. Hackett Clerk
United States District Court Clerk
P.O.Box #711
Montgomery, Al 36101-0711

SUBMITTED BY

Christopher Perry       (pro-se)
A.I.S.#250269    D-2 19B
STATON COR.FAC.
P.O.BOX #56
ELMORE,ALABAMA.36025-0056

Christopher Perry 250269
S.C.
P.O. Box 56
Elmore, Al 36025

Debra P. Hackett
United States District Court Clerk
P.O. Box 711
Montgomery, Al 36101-0711