IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PERRY, # 250269, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv1013-MHT |
| | ) | (WO) |
| COII SGT. CARGILL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There being no objections filed to the recommendation of the magistrate judge filed herein on April 4, 2008 (Doc. No. 18), and after an independent and de novo review of the record, said recommendation is adopted, and it is the ORDER, JUDGMENT, and DECREE of the court that this case is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

DONE, this 29th day of April, 2008.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE