IN THE UNITED STATES DISTRICT COURT, AL

Christopher Perry #250269
Plaintiff, PRO-SE
VS.
C.O. II Sgt Cargle
Respondant(s)

CASE NO: 2-07-CV-001013-001

## NOTICE OF CHANGED ADDRESS

Come now, Christopher Perry, (PRO-SE) and do hereby give unto this U.S. District Court for Alabama this notice of address change as of the 29th day of April 2008.

Christopher Perry was transferred to A.T.E.F. located in Shelby County, Alabama at 102 Industrial Parkway P.O. Box #1970, Columbiana, Al. 35051 and respectfully request that this Honorable Court please foward any and all correspondences to the same as appears below.

Submitted this the 6th day of May 2008
submitted By
Christopher Perry
Christopher Perry (Pro-Se)
AIS #250269  207-E
ATEF
102 Industrial Parkway
P.O. Box #1970
Columbiana, Al 35051
Phone #(205) 669-1131

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing was mailed to the below listed parties by placing the same in a pre-paid postage, and properly addressed envelope and depositing the same in the U.S. Mail on this the 6th day of May.

Service To:
Debra P. Hackett (Clerk)
United States District Court Clerk
P.O. Box #711
Montgomery, Al 36101-0711

Submitted By
Christopher Perry
Christopher Perry (Pro-Se)
AIS# 250269  207-E
A.T.E.F.
102 Industrial Parkway
P.O. Box #1970
Columbiana, Al 35051

Phone # (205) 669-1131

Christopher Perry 250269 207-E
A.T.E.F.
102 Industrial Parkway
P.O. Box #1970
Columbiana, Al 35051

BIRMINGHAM AL 350

"This correspondence is forwarded from Alabama State Prison. The contents have not been evaluated, and the ATEF is not responsible for the substance or content of the enclosed communication."



Debra P. Hackett
United States District Court Clerk
P.O. Box #711
Montgomery, Al 36101-0711